# EXHIBIT 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MAUREEN SANDOR, | CASE NO. 1:16CV01670 |
| Plaintiff, | JUDGE JAMES S. GWIN |
| vs. | |
| THE GENERAL ELECTRIC COMPANY, | |
| Defendant. | |

### DECLARATION OF MAUREEN SANDOR

I, MAUREEN SANDOR, declare and state as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein. This declaration is made based upon my personal knowledge.

2. I previously worked for the General Electric Company, where I was first employed in July, 1979.

3. At the time I commenced my employment with GE I was not asked to sign any type of arbitration agreement or otherwise waive my right to sue in court.

4. At no time during my long tenure as an employee of GE was I provided with any type of arbitration procedure document. I have never heard of a dispute resolution program called "Solutions."

5. I understand that GE claims that I was sent emails on August 20, 2015 and August 31, 2015, alerting me to amendments to its ADR process, but I did not receive any such emails.

1

6. During my tenure as an employee of GE I worked long hours for which I was not paid. In 2015 I had discussions and exchanged emails with Jaquinna Bailey, in which she conceded that I was owed unpaid wages for the preceding 3 years, but demanded that I provide documentation of my hours worked. Because the documentation had been destroyed in an office move she and GE ultimately refused to pay the compensation due.

7. At no time during our many discussions or in the many email exchanges I had with Ms. Bailey and other managers at GE did any of them ever mention an ADR process or the "Solutions" process in particular.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_August 3, 2016,_
Date

_Maureen Sandor_
MAUREEN SANDOR

2